1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:      matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT; UMG
7  RECORDINGS, INC.; ARISTA RECORDS LLC;
   LAFACE RECORDS LLC; and BMG MUSIC
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; LAFACE RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership,<br><br>          Plaintiffs,<br><br>   v.<br><br>JOHN DOE,<br>          Defendant. | CASE NO. C 07-04115 PJH<br><br>**The Honorable Phyllis J. Hamilton**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** AND ORDER |

1      Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs SONY BMG MUSIC

2  ENTERTAINMENT, et al., by and through their attorneys, voluntarily dismiss without prejudice

3  their copyright infringement claims against Defendant John Doe, also identified as ID #126415879

4  with IP address 169.233.34.186 2007-04-22 17:37:02 EDT, each party to bear its/his own fees and

5  costs.  The Clerk of Court is respectfully requested to close this case.

7  Dated:  February 1, 2008                            HOLME ROBERTS & OWEN LLP

                                                                  By: */s/ Matthew Franklin Jaksa*
                                                                         MATTHEW FRANKLIN JAKSA
                                                                          Attorney for Plaintiffs

2/4/08



NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. C 07-04115 PJH
#35301 v1

1